UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
LINDE INC.,

                **Plaintiff,**

    -against-                        1:24-cv-05497 (ALC)

RUSCHEMALLIANCE, LLC, et al.        **ORDER**

                **Defendants.**
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the request from Plaintiff for a pre-motion conference in relation to its anticipated motion to effectuate alternative service under the Foreign Sovereign Immunity Act. ECF No. 7. Plaintiff's request for a pre-motion conference is **DENIED**. Plaintiff is **GRANTED** leave to file the motion on or before **January 22, 2025**.

**SO ORDERED.**

Dated:   **December 27, 2024**
           **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**