USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 02/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDE INC., <br><br> *Plaintiff,* <br><br> v. <br><br> RUSCHEMALLIANCE, LLC, GAZPROM PJSC, GAZPROM EXPORT LLC, and GAZPROM HELIUM SERVICES, LLC <br><br> *Defendants.* | Civ. No. 1:24-cv-05497 <br><br> Hon. Andrew L. Carter, Jr. |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EFFECTUATE ALTERNATIVE MEANS OF SERVICE ON DEFENDANTS

And now, this __28__ day of __February__, 2025, upon consideration of Plaintiff's motion, made pursuant to § 1608(b)(3)(C) of the Foreign Sovereign Immunities Act, to effectuate alternative service of process on defendants Gazprom PJSC, Gazprom Helium Services LLC ("Gazprom Helium"), Gazprom Export LLC ("Gazprom Export") and RusChemAlliance LLC ("RCA," and collectively with Gazprom PJSC, Gazprom Helium and Gazprom Export, "Defendants"), it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is authorized to effectuate service of process upon Defendants through Alexey Yurievich Melnikov, who shall serve upon each Defendant at their respective registered addresses listed below: (i) the summons and complaint in this action, (ii) this Court's order on Plaintiff's motion for alternative service, and (iii) certified Russian language translations of all such documents:

    a.    **GAZPROM PJSC**
               2/3/1 Lakhtinsky Ave., Saint Petersburg, 197229, Russia

    b.    **GAZPROM HELIUM SERVICES LLC**
           5 Centralnaya St., ter. Tor Nadezhdinskaya, Volno-Nadezhdinskoye Village, Nadezhdinsky District, Primorsky Krai, 692491, Russia

    c.    **GAZPROM EXPORT LLC**
           2a Ostrovskogo Sq., Litera a, Saint Petersburg, 191023, Russia

    d.    **RUSCHEMALLIANCE LLC**
           18a Vorovskogo St., Floor/Room 3/306, Kingisepp, Kingisepp District, Leningrad Region, 188480, Russia,

Such service shall be effectuated via the Russian Post's Registered Mail service, with proof of service to be established through delivery confirmation obtained through Russian Post's parcel tracking system. In the event that service via Registered Mail is unsuccessful, Plaintiff is authorized to effectuate service through Alexey Yurievich Melnikov utilizing courier delivery service to reasonably ensure actual notice to Defendants.

**SO ORDERED.**

Dated: February 28, 2025
New York, New York

_____
Hon. Judge Andrew L. Carter
United States District Judge

2