UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LINDE INC., | : |
|                   **Plaintiff,** | : |
| | :   1:24-cv-05497 (ALC) |
| -against- | : |
| | :   **ORDER** |
| RUSCHEMALLIANCE, LLC, et al. | : |
| | : |
|                   **Defendants.** | : |

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the request from Defendant RusChemAlliance, LLC for a pre-motion conference in relation to its anticipated motion to dismiss. ECF No. 25. Defendant's request for a pre-motion conference is **DENIED**. Defendant is **GRANTED** leave to file its motion. Unless the parties jointly submit an alternative, the Court sets the following briefing schedule:

    Defendant's opening brief due by **October 6, 2025**

    Plaintiff's opposition brief due by **October 27, 2025**

    Defendant's reply brief due by **November 10, 2025**

**SO ORDERED.**

Dated:   **September 15, 2025**
            **New York, New York**

                                                          **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**