UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

LINDE INC.,

                   **Plaintiff,**

    -against-

RUSCHEMALLIANCE, LLC, et. al.

                   **Defendants.**

------------------------------------------------------------- x

**24-cv-05497 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Plaintiff's letter dated October 13, 2025. ECF No. 34. In that letter, Plaintiff requests a three-week extension of time to submit their Opposition to the Defendants' Motion to Dismiss filed on October 6, 2025 at ECF No. 28. On October 14, 2025, Defendants' submitted a letter to the Court at ECF No. 35 opposing such an extension. In Defendants' letter, they explain that if an extension were to be granted, they request a proportional extension for their reply brief. Accordingly, Plaintiff's request for an extension of time is **GRANTED.** Plaintiff's opposition brief is due November 17, 2025. Defendants' request for a proportional extension is **GRANTED**. Defendants' reply brief is due December 22, 2025. The Clerk of the Court is respectfully directed to close the open letter motion at ECF No. 34.

**SO ORDERED.**

**Dated:**    **October 17, 2025**
            **New York, New York**

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**