**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**LINDE INC.,**

**Plaintiff,**

**-against-**

**RUSCHEMALLIANCE, LLC, et al.**

**Defendants.**

---

**1:24-cv-05497 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are encouraged to engage in settlement discussions in this matter. The parties should submit a joint status report concerning such by **October 21, 2026.**

**SO ORDERED.**

**Dated:** **October 5, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**