**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**LINDE INC.,**

**Plaintiff,**

**-against-**

**RUSCHEMALLIANCE, LLC, et al.**

**Defendants.**

---------------------------------------------------------- x

**1:24-cv-05497 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a conference in this case regarding Plaintiff's motion for jurisdiction discovery on **December 8th at 11:00am**. The parties should appear in person in Courtroom 444 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

**Dated: November 24, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**